IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES BERGMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>DAWSON COUNTY, NEBRASKA, DOUGLAS COUNTY, NEBRASKA, STATE OF NEBRASKA, The; and CORRECT CARE SOLUTIONS, LLC,<br><br>        Defendants. | **4:20CV3001**<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff filed suit on November 4, 2019 in the District Court of Douglas County.[1] A notice of removal was filed with this court on January 2, 2020. ([Filing No. 1](#)).

Plaintiff has not filed a return of service with this court indicating service on the following Defendants, and the following Defendants have not voluntarily appeared:

- Douglas County, Nebraska
- The State of Nebraska
- Correct Care Solutions, LLC

Accordingly,

---

[1] James Bergman, Plaintiff, vs. Douglas County, Nebraska, Dawson County, Nebraska, The State of Nebraska, and Correct Care Solutions, LLC D/B/A CCS Nebraska Medical Services, PC, Defendants, Case No. CI 19-8635.

IT IS ORDERED that plaintiff shall have until March 11, 2020 to show cause why the claims against the above-mentioned Defendants should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of the claims against the above-mentioned Defendants without further notice.

Dated this 10th day of February, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge