IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES BERGMAN,<br><br>                Plaintiff,<br><br>vs.<br><br>DAWSON COUNTY, NEBRASKA, DOUGLAS COUNTY, NEBRASKA, STATE OF NEBRASKA, The; and CORRECT CARE SOLUTIONS, LLC,<br><br>                Defendants. | 4:20CV3001<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Attorney Thomas J. Freeman, as counsel of record for Defendant County of Dawson, (Filing No. 21), is granted. Thomas J. Freeman shall no longer receive electronic notice in this case.

Dated this 14th day of July, 2020.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge