IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES BERGMAN,<br><br>   Plaintiff,<br><br> vs.<br><br>DAWSON COUNTY, NEBRASKA, DOUGLAS COUNTY, NEBRASKA, STATE OF NEBRASKA, The; and CORRECT CARE SOLUTIONS, LLC,<br><br>   Defendants. | **4:20CV3001**<br><br>**ORDER** |

  IT IS ORDERED that the motion to withdraw filed by Tess M. Moyer, as counsel of record for Defendant, Douglas County, Nebraska (Filing No. 23), is granted. Tess M. Moyer shall no longer receive electronic notice in this case.

  Dated this 18th day of August, 2020.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge