IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES BERGMAN,<br><br>   Plaintiff,<br><br> vs.<br><br>DAWSON COUNTY, NEBRASKA, DOUGLAS COUNTY, NEBRASKA, STATE OF NEBRASKA, The; and CORRECT CARE SOLUTIONS, LLC,<br><br>   Defendants. | 4:20CV3001<br><br>**ORDER** |

  This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

  The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

  Dated this 20th day of October, 2020.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge