IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES BERGMAN,<br><br>              **Plaintiff**,<br><br>vs.<br><br>DAWSON COUNTY, NEBRASKA, DOUGLAS COUNTY, NEBRASKA, STATE OF NEBRASKA, and CORRECT CARE SOLUTIONS, LLC,<br><br>              **Defendants.** | 4:20CV3001<br><br>ORDER |

    This matter is before the Court following a telephone conference held with counsel for the parties on January 11, 2021. The Court, over Defendants' objections, found good cause to grant Plaintiff's request for an extension of time to identify expert witnesses. For the reasons stated on the record,

    **IT IS ORDERED**:

1) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are amended as follow:

    | | |
    |---|---|
    | For the plaintiff: | **January 15, 2021** |
    | For the defendants: | **February 26, 2021** |
    | Plaintiff's rebuttal: | **March 19, 2021** |

2) The amended deadlines for completing expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are amended as follows:

    | | |
    |---|---|
    | For the plaintiff: | **January 29, 2021** |
    | For the defendants: | **February 26, 2021** |
    | Plaintiff's rebuttal: | **March 19, 2021** |

Dated this 11th day of January 11, 2021.

                                                  BY THE COURT:

                                                  s/ Michael D. Nelson
                                                  United States Magistrate Judge

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.