# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES BERGMAN,<br><br>                Plaintiff,<br><br>vs.<br><br>DAWSON COUNTY, NEBRASKA, DOUGLAS COUNTY, NEBRASKA, STATE OF NEBRASKA, and CORRECT CARE SOLUTIONS, LLC,<br><br>                Defendants. | 4:20CV3001<br><br>ORDER |

This matter is before the court on the defendant State of Nebraska's Amended Motion for Leave to Take Deposition of a Person Confined in Prison (Filing No. 64). The State seeks leave to take the Plaintiff's deposition pursuant to Fed. R. Civ. P. 30(a)(2)(B) because Plaintiff is currently incarcerated with the Nebraska Department of Correctional Services and housed at the Omaha Correctional Center in Omaha, Nebraska. The State has consulted counsel for all other parties and have tentatively scheduled Plaintiff's deposition for March 23, 2021. Accordingly,

**IT IS ORDERED**

1. The State of Nebraska's Amended Motion for Leave to Take Deposition of a Person Confined in Prison (Filing No. 64) is granted.
2. The State of Nebraska's Motion for Leave to Take Deposition of a Person Confined in Prison (Filing No. 63) is denied as moot.

Dated this 19th day of March, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge