IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES BERGMAN, | |
|---|---|
| Plaintiff, | 4:20-CV-3001 |
| vs. | |
| DAWSON COUNTY, NEBRASKA, DOUGLAS COUNTY, NEBRASKA, STATE OF NEBRASKA, The; and CORRECT CARE SOLUTIONS, LLC, | **ORDER** |
| Defendants. | |

This matter is before the Court on the parties' Joint Stipulation to Dismiss Defendant, County of Dawson, Nebraska, with Prejudice. [Filing 78](). Pursuant to [Federal Rule of Civil Procedure 21](), Plaintiff's claims against Dawson County are dismissed with prejudice, each party to bear its own costs and fees. The Clerk of Court is directed to terminate Dawson County, Nebraska as a party to this case.

Dated this 8th day of July, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge