IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES BERGMAN,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, NEBRASKA, STATE OF NEBRASKA, and CORRECT CARE SOLUTIONS, LLC,<br><br>Defendants. | 4:20-CV-3001<br><br><br>**ORDER** |

Plaintiff James Bergman and defendants Douglas County, Nebraska, and Correct Care Solutions, LLC, have filed a Joint Stipulation for Dismissal with Prejudice. Filing 97. Pursuant to Federal Rule of Civil Procedure 21, Douglas County, Nebraska, and Correct Care Solutions, LLC, are dismissed with prejudice, each party to bear its own fees and costs. The Clerk of the Court is directed to terminate Douglas County, Nebraska, and Correct Care Solutions, LLC, as parties to the case, and they should no longer receive notice in this matter.

Dated this 6th day of January, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge